# Court Copy

State of north Carolina in the general court of justice
County of **DAVIE** superior court division

[FILED stamp — illegible]

2020 SEP -8 A 11: 34

[illegible]

CFU

File no. **20 CVS 320**

Wendell matthew turner. Et al
Plaintiff

Vs.

Mocksville police dept. et al
State of northcarolina. et al
Defendant(s)

Class action lawsuit filed by the plaintiff under rule 3.4

---

to :the honorable superior court judge of

_____

_____

_____.now comes the said plaintiff of Wendell matthew turner of whom now moves thus honorable trial court in class action lawsuit that,s filed through and by the plaintiff. Therefore the plaintiff case is made unto good faith and all evidence and statements of claims is not ficition and nevertheless it is,fasleiefed as to all the events in this civil action.



EXHIBIT
B

1

STATE OF NORTH CAROLINA    IN THE GENERAL COURT OF JUSTICE

COUNTY OF_____    SUPERIOR COURT DIVISION

FILE NO # __2U CVS 32U__

2020 SEP -8 A 11: 35
DAVIE CO. N.C.
BY

WENDELL MATTHEW TURNER EL_AL

PLAINTIFF

VS.

STATE OF NORTH CAROLINA

MOCKSVILLE POLICE DEPT.

EL_AL

DEFENDANT(S)

*********************************************************************

CLASS ACTION LAWSUIT BY THE STATE AND FEDERAL COURT LAW MEANINGS OF MORE THAN ONE NAMED DEFENDDANT AND MORE THAN ONE PLAINTIFF . IN CASES WHERE THE ACTION ACTUAL WARRANTED IN ACONSOLODATED FOR ONE CIVIL ACTION PROCEEDINGS INTO ONE TRIAL TO CONFORM ALL FACTS AND GIVEN EVIDENCE THAT DOSE OUTWIGHT THE DEFENDANT(S) IN CLASS ACTION.

---

THE CASE BEFORE THUS TRIAL COURT THE PLAINTIFF OF WENDELL MATTHEW TURNER IS BASED ON ALL ACTUAL PROOF OF PHYS. EVIDENCE.AND THE PLAINTIFF CASE IS NOT NO FICITION AS TO THE STATEMENT OF CLAIMS AND THE SAID CLAIMS IS NOT NO FRIVOLOUS AND THE FACTS ABOUT THE IS NOT FALSE FINDINGS OF THE PLAINTIFF.

2

# Admissibilty of Evidence

## The Admissibility of Evidence and the Exclusionary Rule

Prosecutors and defendants in **criminal proceedings** may present evidence in support of their cases. The state has the burden of proving guilt beyond a reasonable doubt, while the defendant may present evidence to challenge the state's case. Each side should have the opportunity to review the other side's evidence before trial and object to the introduction of certain evidence before or during trial. In criminal cases, defendants may move the court to exclude evidence that the state obtained in violation of their **constitutional rights**. The **Federal Rules of Evidence** govern the admission of evidence in the federal court system. Each state has its own evidence rules, which are often similar to the federal rules.

## Types of Evidence

The term "evidence" broadly refers to materials relating to the subject matter of a legal proceeding, such as:

- Witness testimony;
- Written statements;

to establish the validity of or to challenge drug test results, ballistics, or computer forensics, to name but a few, must meet standards defined by the U.S. Supreme Court in ***Daubert v. Merrell Dow Pharmaceuticals***, 509 U.S. 579 (1993), and ***Kumho Tire Co. v. Carmichael***, 526 U.S. 137 (1999).

## Hearsay

**"Hearsay"** is defined as any statement made outside of court that is "offered in evidence to prove the truth of the matter asserted." An example would be evidence that a person, in a non-court setting, said to another person that the defendant committed a robbery, if the state tried to introduce it as evidence that the defendant committed robbery.

Hearsay is generally inadmissible, since the judge or jury is unable to form an opinion regarding whether the person making the out-of-court statement is reliable. Multiple exceptions to the hearsay rule exist, and a defendant's own out-of-court statements are excluded from the definition of hearsay entirely.

## Fifth Amendment Right to Silence

obtained in a warrantless search of someone else's home may not be subject to suppression by the defendant. "Fruit of the poisonous tree" also may be admitted if police could have obtained it through lawful means. The Supreme Court has held that constitutional violations and the suppression of evidence obtained as a result are two separate questions, and that the "mere fact that a constitutional violation" occurred does not require suppression. ***Hudson v. Michigan***, 547 U.S. 586, 592 (2006).

## Criminal Law Contents ⌄

Criminal Law
Aggravating and Mitigating Factors
Bail and Bonds
Restitution for Crime Victims
Plea Bargains
Immunity for Testimony
Offense Classification
Common Criminal Defenses
Criminal Procedure
- Admissibilty of Evidence
- Criminal Appeals
- Motions for a New Trial
- Competency to Stand Trial
- Continuances
- Judgments of Acquittal
- Joint Trials
- Deportation/Removal
- Miranda Rights
- Police Stops on the Street
- Right to Record Police Officers

- Arrests and Arrest Warrants
- Other Constitutional Rights
- Right to a Speedy Trial
- Right to a Public Trial
- Double Jeopardy
- Discovery in Criminal Cases
- Hearsay in Criminal Cases
- Stages of a Criminal Case
- Stages of a Criminal Trial
- Search Warrant Requirement
- Search and Seizure Rules

Types of Criminal Offenses

Other Alcohol-Related Crimes

Parole and Probation

Expungement and Record Sealing

Lesser Included Offenses

Mental State Requirement

Derivative Responsibility for Crimes

Working with a Criminal Lawyer

Criminal Law FAQs

Find a Criminal Law Lawyer

The Fifth Amendment states that no one may "be compelled in any criminal case to be a witness against himself." During a criminal trial, neither the state nor the court may compel a defendant to testify, nor may they compel a defendant to provide evidence that would incriminate him or her.

## Exclusionary Rule

Defendants may move to suppress evidence obtained by police or prosecutors in violation of their constitutional rights, including the Fourth Amendment right against **warrantless searches and seizures**, the Fifth Amendment **right against self-incrimination**, and the Sixth Amendment **right to an attorney** in a criminal case. Evidence obtained in violation of a defendant's rights is known as "fruit of the poisonous tree." See *Silverlight Lumber Co. v. United States*, 251 U.S. 385 (1920). The rule requiring suppression of such evidence, known as the exclusionary rule, applies in all federal and state cases, according to the Supreme Court's ruling in *Mapp v. Ohio*, 367 U.S. 643 (1961).

Since its ruling in *Mapp*, the Supreme Court has set limits on the applicability of the exclusionary rule. A defendant may only seek suppression of evidence obtained in violation of the defendant's own rights. Evidence against the defendant

- Audio or video recordings;
- Photographs;
- Physical objects, such as clothing or a weapon allegedly used to commit an offense;
- **Digital evidence**, including both data and the media storing the data;
- Scientific findings, such as blood test results; and
- Demonstrative evidence, such as displays, charts, or models used to educate the judge or jury about a complicated issue.

The most important factor in determining whether a piece of evidence is admissible is its **relevance** to the proceeding. "Relevant evidence" includes any evidence that would make the existence of a material fact "more probable or less probable than it would be without the evidence." As a **general rule**, relevant evidence is admissible, while evidence deemed irrelevant is not.

Even if evidence is deemed relevant by a judge, it could be excluded if the possibility that it would confuse a jury, mislead jurors, or **unfairly prejudice** jurors against a defendant is greater than its "probative value."

Evidence must also be sufficiently reliable to be admitted at trial. Evidence from expert witnesses, which might be used

THEREFORE THE STATE ATTORNEY OR ATTORNERYS FROM THE ATTORNEYS GENERAL OF THE STATE & THE TOWN OF MOCKSVILLE N.C THE ATTORNEYS ON BOTH SIDE MUST PROVE INTHUS ACTION THAT THE PLAINTIFF CASE OR THE CLAIMS IS BASED UPON ALL FICITION AND THESE ATTORNEYS FOR THE DEFENSE MUST PROVE EVERY THING INCLUDED PHYS. OF EVIDENCE JUSTICE BEYOND A REASONBLE DOUDT WHICH MEANS ALL THE ELEMENTS.

IN THE CASE OF THE STATE THE USEAGE OF TAPED RECORDED STATEMENTS FROM THE CRIMINAL CASE FILE CAN,T BE USED. AND THESE GIVEN FACTS IS OF STATE AND FEDERAL LAWS. AND THE SUCH CRIMINAL CASE WAS IS ONLY HEARSAY. WHEN A CRIMINAL IS ONLY BASED ONHEARSAY IT CAN,T BE USED AT ALL. THE PLAINTIFF NOW MOVES THUS COURT UPON THE FOLLOWING SET OUT ASIDE FOR THE FOLLOWINGS BASES FOR THE MATTER @ LAW AND THE TRIAL COURT AND THE DEFENSE ATTORNEYS MUST ABIDE BY THE G.S. AND THE COURT RULES.

A. G.S. 1A-1 RULE(S 3.4. WHEN A CIVIL IS FILED WITH THE SUPERIOR COURT DIVISION AND THE GENERAL COURT OF JUSTICE THE DEFENSE ATTORNEYS MUST FILE WRITTEN ANSWERS. AND BY STATE AND FEDERAL RULES AND G.S. THE ANSWER MUST FORMATED THE PROPER AND CORRECT MINOR. THE DEFENSE ATTORNEYS MUST BE GIVEN 30 TO 60 DAYS TO RESPOND. IF IT THE FAILOR OF THE ATTORNEYS THEN THE PLAINTIFF CAN BY LAW APPLY TO THE TRIAL COURT FOR THE SAID RELIEF THAT ,S DEMANED IN THE CLASS ACTION ON A MOTION FOR JUDGEMENT OF MOITION TO COMPEL FOR JUDGEMENT WHICH IS MANDITORY ACT BY THE STATE OF NORTH CAROLINA GENERAL ASSIABLEMY AND THE STATE LEGISTION UNDER THE GIVEN HOUSE BILLS AND THE FEDERAL AND STATE CONSTITIUTION AMENDMENTS 1. 9. 14. WHICH SUPREME LAWS IN THE UNITED STATES AN ACT CONGRESS.

B.    WHEN  THERE IS  NEW LAWSUIT ACTION
IS FILED WITH  THE SUPERIOR COURT
DIVISION THE GENERAL THE RULES IS  IT
MUST BE A MANDIATORY MEDIATION  IN
AN ATTAMPT . TO SETTLED THE CASE IN A
SETTLEMENT UNDER THE N.C. G.S.
CHAPTER 7B-N.C. GEN. ASSEMBLE [PDF]
G.S. 7B-38.1 PAGE  1  SECTION  2.


C.    NCADA MEDIATION POINT KEY-NC
ASSOCIATION.

The plaintiff infurther moves thus court
that in this case it will the need for the
useage of criminal business @ civil
ssession in the civil superior court general
court of justice.

The meaning of having criminal business at
civil ssession as for there will be needing
for formatted warranted conformated
mandiatory criminal mediation.

i.c.r. 18.1 mediation in criminal as a part of
this class action lawsuit that,s filed through
and by the said plaintiff .

the attorney for the state will need tobe
appointed by the court that therefore this
reason alone is in cause this action.

As for the civil action that it,s all for the
readdress of of the state government the
court system the general court of justice.

See: the united states constitution
amendment (9) and am. 14 amendment 9

is for the readdress for the proceedings in state court before a law judge and the given rights of the due process of law and the laws of the land. The court system must not rebell or act rebelluos and not delay or deny.

As grounds for this class action lawsuit is set out below:

1.the criminal case in the superior court of davie county the criminal warrants was without phys. Proof of evidence.and therefore the state case was made up as to being false and ficition of a put together arrest and trials in the teenage prostitution case of 1993 the useage of all hearsay evidence. And accourding to the federal and state laws and the actual rules of the courts the case should been thrown of court and all charges should been dismissed.

Therefore the useage for this class action
the onlyest element or elements after all
the post conviction motions and petitions
with the court system has failed and there
is no other findings and no other court
resoures that would overturn the plea
baring under rule 32 e that the plaintiff
should have been ordered vacated and
remanded.

2.the state district attorney for the 22nd.
District failed to prove all the phys.
Elements as to general stateus 14-27.10 and
it must be the findings to the stateus. The
charges in the case is only fiction

_____

And the state attorney office must prove
otherwise that the charges was not fiction
and that the arrest was not fiction and
wasnot fasle arrest.

Any time criminal charges is without the
proof of phys. Of any supporting evidence
then the charges is ficition.
3  .the criminal  records in davie county is
only based upon  tape recorded confession.
Tape recorded evidence accourding to  the
united states supreme court jusice and
judges those type of confessions is illegal
and is inadmissible.


See: brown    vs.   Mississippi. 297, u.s. 278
1936. Tape recorded confession dose
violate the due process clause. This citation
landmarking is still effective.
Police in turner case did record the
confession and the court documention
show that a tape recorded statement was
made and this dose entitled the plaintiff to
all the said relief.

4. the plaintiff in this action  case before the court the plaintiff talked with superior court judge of lester p.  martin on the of  the guilty.just before the plea was entered and the defense of  turner was not in the courtroom at the time that judge martin talk with turner. Even if it was a friendly talk the jugde before the plea wa entered this makes the judge  a conflit of enterest.

5.as for the proof of phys . evidence there wasnot no dna blood test and  no medical examination on the victom of Amanda mcdaniel. And  state law  requires that such evidence must be at the chain of command. There was no DNA TEST AND NO MEDICAL EXAMINATION FROM DOCTOR AND  NO SBI LAW ENFORCEMENT REPORT. COURT RECORDS DOSE HAVE THE FACTORS OF ANY EVIDENCE POINTBLANK.

SEE: STATE OF NORHT CAROLINA VS.
DARRALL HUNT. THE COURT OVERTURNED
THE CASE DUE TO THE DNA FACTS THAT
MUST BE PROVED BEFORE TRIAL.
6. THE OBTAINING OF THE SAME TYPE  OF
ARREST WARRANTS WHICH CONSTITUTE
THE VIOLATION OF THE UNITED STATES
CONSTITUTION AMENDMENT,S
1.2.4.5.6.14.

THE SAME KIND OF OFFENSES IS DOUBLE
JEOPARDY TWO 1ST. DEGREE RAPE  AND 3
COUNTS OF 1ST. SEX OFFENSES. AND
THEREFORE  MUTLE PUNISHMENTS IS
VIOLATIONS OF THE DOUBLE JEOPARDY
CLAUSE.

7. THE DEFENSE ATTORNEY FOR TURNER
BASES FOR GROUNDS OF  EFFETIVE OF
ASSISTNCE OF COUNSAL OR DEFENSE
ATTORNEY IN CRIMINAL COURT. THE DEFENSE
ATTORNERY  ACKNOWLEGE THAT THERE WAS

NO PHYS. PROOF OF EVIDENCE AND THAT IT
WAS   GOOD DEFENSE FOR THE ACT OF
ATAPED RECORDED CONFESSION AND THE
ATTORNEY KNEW THESE THING  BUT LIKEWISE
FAILED TO MAKE THE COURT AWARE DURING
THE DISTRICT COURT PRE-Trial that all charges
by law would have thrown out of court on a
motion to dismiss all charges and that the
violation of the united states amendment  6.


See: Strickland  vs. Washington.466 u.s.
668.1984. the case of Strickland is a very
effective land marking key  case in the united
states still today and Strickland  case has strong
law facts and the main laws findings of  two
types of subject tests which is the findings of .

   a)  Subjective test
   b)  And objective  test

c) Strickland landmaking is not ficition it,s all law facts.

d) As for the tape record confession see:connectiut vs. barrett 479 u.s. 523(1987.

.

In this case as of the case of state of north Carolina vs. darrall hunt. The defendant was charged the act crimes of muder and rape.when soly the trial court withheld the key evidence that was which was unknown to the defense during the criminal trial.for the general reasons under rules 11.18. the main missing evidence that was missing was the evidence to prove that hunt did not rape the victom was the evidence of DNA JUST TO CLEAR HUNT ON ALL CHARGES AND HAS WALK TO FREEDOM 20 YEARS AFTER BEING WRONGFULLY ARRESTED BY MEANINGS OF A FICITIONUAL CRIME AND THE TRUE MEANINGS OF A FASLE ARREST WARRANTS WAS ISSUED WITHOUT THE PROOF OF PHYS. EVIDENCE INORDER TO OBTAINE OR OBTAINING ARREST WARRANTS FOR HUNT ARREST. AND IN TURNER CASE AS THE PLAINTIFF THE CASE OF

TURNER IS ONLY SEX OFFENSES THAT WHERE THE evidence is needed to just revail the truth of the matter in the court of law. The DNA EVIDENCE IN HUNT CASE OF LAW FACTOR SHOULD BE SHOWN AS TO BEING EQULTY AND ENTERED THE SAME RELIEF. THE DNA EVIDENCE THAT THE DEFENSE TEAM USED IS THE facts of sex offenses that hunt was accused. In mind the defense team use that to prove that hunt was not GUILTY OF RAPE AND MURDER AND A NEW TRIAL WAS SO ORDERED.

AND IN TURNER CASE THERE IS NOT NO DNA BLOOD TEST AND THERE IS NO DOCTOR MEDICAL EXAIMTION REPORTER ON THE VICTOM FOR MATCHING OF BLOOD SEAMING OF ANY DNA NO NOT PEACE OF EVIDENCE AND NO TRACE OF TURNER SEAMING WHICH IS BODY DNA . DNA IN A CRIMINAL CASE IT TELLS THE TRUTH IN OPEN COURT AND NOT AFTER THE TRIAL.

IT WAS MOSTLY THE DEFENSE ATTORNEY OF TURNER DURING THE PRE-TRIAL PROCEEDINGS IN DISTRICT .AND IT SHOULD BEEN THE MAIN EVIDENCE PRESENTED IN OR AT PRE-TRIAL. ALL IMPEACHING EVIDENCE WAS WITHHELD FROM TURNER.

SEE: BRADY VS. MARYLAND.THE GRANYDDAY CASE. FED. PROC. 1.2 1623 FED. RULES.

BRADY VS. MARYLAND 373 U.S. 83 (1963) THE BRADY LANDMARKING CASE IS A REMARKABLE CASE AND IS KEY LEADING CASE THAT IS STILL POWERFUL CASE IN THE UNITED STATES THAT 100% OF NEW TRIAL IS GRANTED IN MOSTLY WRIT OF CERTIORARI THAT IS GRANTED IN CASE,S FOR MISSING EVIDENCE OR EVIDENCE THAT WOULD LINK THAT THE DEFENDANT IN A CASE IS NOT GUILTY OR IS BEING WRONGFULLY IMPRISONMENT OR THERE WAS WARRANTLESS ARREST OR THE VIOLATION OF THE UNITED STATES

CONSTITUTION AMENDMENTS CLAUSES
1.2.4.5.6.8.AND THE 14TH. AMENDMENT WHICH
IS THE AMENDEMENT OF THE LAWS OF THE
LAND AND EQUILTY JUSTICE. AND NOT ONLY
THE brady case but likewise or otherwise


JENCKS   VS. UNITED SATES. 353 U.S. 657 (1957
THE COURT IN THE JENCKS ACT CASE SAID
THAT  FAVORABLE EVIDENCE CAN,T BE
KEAPTED OUT OF THE HANDS OF THE DEFENSE.

THE JENCKS ACT CLEARLY SHOWS THAT CLEAR
EVIDENCE THAT CAN,T BE HINDED FROM A
DEFENDANT MUST BE  GIVEN TO THE DEFENSE
TEAM IN OPEN COURT BY THE DISTRICT
ATTORNEY OFFICE OR THE UNITED  STATES
ATTORNEYS OFFICE  IN OR AT A CRIMINAL
TRIAL RULE 11. AND 16. 18. THESE ARE
MANDTORY RULES.

The plaintiff in this matter  now moves thus court in the factors that the  documented testimony of the witness and the victom of Amanda  mcdaniel should documented testimony is very favorable in this matter that it not no ficition or falseifed or meaningless testimony the testimony is not only favorable to the plaintiff case but the remarkable testimony is impeachimg key evidence that must be presented under rules 10,11,16,18 and the plaintiff now  infurther moves thus court that no matter what the testimony must made discoverable as to the rules and therefore it can be so warranted as for the use of the testimony to otherwise  revail the truth. As to these facts the victom need not to be presented. The state laws of north Carolina and the federal shows that fact that the does not needs to necessary or directly in the court for a tarnation of a civil jury. Under  the Jencks rule or united states

supreme court ruling the laws from Jencks act must be applied and therefore warranted as applicable just the same as a criminal trial at hand.these laws and cited case is to prove that these laws is real and the court can,t act rebellious and the case of turner now must be reviewed inlight the impeaching evidence can,t be overlooked or deny or delayed at commoning in the meanings of class action lawsuit that it must be two forms of mediation.

a.Civil mediation

b.     Criminal such as the state must make their on motion for appropriate relief under house bill (9) which a legislative act of north Carolina legislator the reppresive of the state and house bill 9 is still enffective and is still on the n.c. general status books and the laws to the house bill 9 it might been somewhat up dated as for thus concerns as for the

proceedings in this case and  as well as for
N.C.G.S.-14-27.10

IN THIS CASE THE LAW ENFORCEMENT
FAILED TO FOLLOW THE PROPER CHAIN OF
COMMAN OF THE TAKING OF EVIDENCE AS
WAS SHOWN IN THIS CLASS ACTION
LAWSUIT BY THE PLAINTIFF.  NO THERE IS
NO PROOF OF ANY PHYS. OF EVIDENCE IN
THE CRIMINAL CASE.
 THE PLAINTIFF WAS SENTENCED TO AN
ACTIVE TERM OF 12YEARS AND 12 YEARS
SUSPENED SENTENCE AND 5 YEARS OF
PROBATION.

THE FINDING OF THE DOCUMENT OF
AMANDA MCDANIEL CAN BE FOUND IN
STATE OF NORTH CAROLINA   VS. JANIE
ALLEN MCDANIEL.
93-CRS-72,73,74,75,76.

STATEMENT OF CLAIMS :1
AS THE PLAINTIFF IN THIS CAUSE OF ACTION
THE STATEMENT AS BEING MY OWN
STATEMENT IS NOT FASLE AND IS NOT
FICITION POINTBLANK.IN 1993 THE
MOCKSVILLE POLICE DEPARTMENT WAS
INVESTRATGING THE ACT OF A TEENAGE
PROSTITUTION RING IN DAVIE COUNTY IN
WHICH THERE WAS NO TRUE AND PROOF
OF ANY PHYS. EVIDENCE JUST HEARSAY
AND TAPE RECORDED CONFESSION. AS
PLAINTIFF IN THE MATTER I HAD POLICE
OFFICER FIELDS OF THE MOCKSVILLE P.D.
TO HAVE REQUESTED FOR ME TO REPORT
UPTO THE POLICE DEPT. FOR QUETING. AS
THE PLAINTIFF I TOLD FIELDS THAT I DID
NOT HAVE ANYTHING TO DO WITH
AMANDA AT ALL AND OFFICER FIELDS
WANTED FOR ME TO WRITE A STATEMENT
ABOUT WHAT HAPPENED.

STATEMENT OF CLAIMS:2

I TOLD THE OFFICER THAT I DID NOT HAVE
ANY TO DO WITH AMANDA AT THE POLICE
DEPT. THAT SAME DAY. BEFORE LEAVING
THE POLICE DEPT. OFFICER FIELDS SHE
TOLD ME TO SEE DETECTIVE J.M.BARTHER
@ 3:00 P.M. BUT AS TO WHAT I RECALL
THE DETETIVE MET UP WITH ME AT
MCDANLDS ON H.W.Y. 601 IN MOCKSVILLE
N.C. HE ASKED ME IF ICOULD RIDE WITH
HIM TO THE POLICE DEPT..

THAT DAY I RECALL THAT THE DET. HAD A
CALL TO REPORT TO FOOD LION STRORE A
REPORT CONCERNING BAD CHECKS.
I TOOK A RIDE WITH THE DETECTIVE TO THE
POLICE DEPT. THE DETECTIVE TOLD ME
THAT I COULD SPEND THE REST OF MY LIFE
IN PRISON IF I DID NOT COME CLEAN
ABOUT EVERY THING BETWEEN ME AND

Case 1:20-cv-00963-NCT-JEP    Document 3    Filed 10/21/20    Page 27 of 39

AMANDA ON AFEW DAYS OF HAVING SEX
OR SEXUAL FAVORS ON ABOUT 4 OR 5
TIMES.I TOLD HIM THAT I DID NOT HAVE
SEXUAL CONTACT WITH THE GIRL AT ALL .
AND AT THAT POIN HE WANTED TO TAKE
ME TO THE MAGISTRATE OFFICE TO SERVE
SOME ARREST WARRANTS ON ME FOR
SEXUALL CONTACT. HE TOLD ME IF PLAY
MY CARDS RIGHT THAT I COULD MAY BE
GET OUT OF IT.
THAT HE WANTED ME TO GIVE HIM A TAPE
RECORDED STATEMENT.
ONCE THE TAPE RECORDED STATEMENT
WAS MADE THE DETECTIVE DONE THE
FOLLOWING:
1. THE DETECTIVE WAITED FOR ABOUT 3
   TO 4 DAYS BEFORE I WAS EVEN
   ARRESTED ON THOSE CHAGES.
2. THE DETECTIVE TOLD ME TO REPORT
   TO THE POLICE DEPT. ON THAT

TUESDADAY THAT,S WHEN THAT ARREST
WAS MADE.

3.  THE  ARREST WAS MADE ABOUT 12:00
    P.M. THE SAME DAY BY OFFICER TILLY OF
    THE MOCKSVILLE POLICE DEPT.

4.  THE  ARRESTING OFFICER FINGER
    PRENTED AND DROVE ME OVER TO THE
    MEGSTRATE OFFICE IN MOCKSVILLE N.C.

5.  I WAS CHARGED 2 COUNTS 1ST.DEGREE
    RAPE  AND 3 COUNTS SEXUAL OFFENSE.

6.  AND WAS PLACED IN THE DAVIE
    COUNTY JAIL UNDER  $ 50.000 DOLLAR
    BOND.

STATEMENT OF CLAIMS:

THERE IS A FACTS OF THE DETECTIVE HAD ME WITH HIM BECAUSE HE RECEIVED A CALL CONCERNING BAD CHECKS. AND THUS COURT NEEDS TO REVIEW THE 911 CALL ON THAT DAY OF THE CALL AND CHECK ALL GIVEN RECORDS.

AS PLAINTIFF I CAN TESTIFY TO ALL EVENTS THAT TOOK THAT DAY UNTILL I WAS ARRESTED.

AS PLAINTIFF I WAS SENTENCED INEXCHANGED FOR 12 YRS. ACTIVE AND 12 YRS. SUSBSPENDED AND 5 YRS. PROBATION FOR A TESTIMONY AGINST THE CO-DEFENDANT JANIE ALLEN MCDANIEL.THERE NO DNA BLOOD TEST AND NO MEDICAL EXAIMNATION DONE ON ME OR AMANDA FOR SEXUAL SEAMING .

THE STATEMENT THAT I GIVE UNTO
THUS COURT NOW IS A TRUE AND
CORRECT AND PROPER AND THE
STATEMENT OF CLAIMS IS MADE UNTO
GOOD FAITH.
 ALL PRESENTED EVIDENCE AND
STATEMENTS IS NOT FICITION AND NOT
FALSEIEFED THIS IS BASED ON  ALL TRUE
FACTS OF THE  PLAINTIFF.

THE END  OF THE STATEMENT OF CLAIMS

SIGNED _Werrell m. Turner_

THIS THE _2_  DAY _sept_  20 _20_ .

SEE:NOTES THE USE OF DNA TESTS
INFORMATION IN THE LEGAL SYSTEM-
DNA TECHNLOGY IN ...THERE ARE TWO
MAIN TESTS FOR ADMINISSION OF
SCIENIFIC.[PDF]REFERENCE MANUAL
ONSCIENTIFC EVIDENCE –THE NATIONAL
DNA . BLOOD AND SEAMING EVIDENCE
NCGS-14-27.10

[PDF] BY THE N.C. BAR- 2008 CITED BY
31 RELATED ARTS. CERTIORARI GRANTED
RULE (23 .a nov.16,2016 [pdf] notes fasle
imprisonment he was awarded
$9,154,500 in damages for wrongfully
conviction .

Also see: Wallace vs. city of Chicago (05-
1240. Cornell legal information institute.
Fasle arrest or other.

See:Wallace vs. kato 549 u.s. 384 2007
justin u.s. supreme court.

72568- brown vs. state- Kansas supreme court.

Statement     of     requested relief:

1.    I,am suing the Mocksville police
      dept. on grounds for $10 million
      dollars for being falsely arrested.
2.    Slander and deformation of
      charater in the sum $ 10 million dollars
      for untrue statements.
3.    The state of northcarolina is being
      sued on grounds for falsely imprisomnet
      crulty and unsual punishment on
      grounds based on the federal
      constitution the 8th. Amendment
      claims $ 2 million dollars.


Signed _Wedell m Tram_

I  Wendell  matthew turner hereby
state that all presented statements and
given evidence for the plaintiff Is hereby
true and correct and is made unto good
faith.
Being the plaintiff the class action is true
and herein is not no  ficition of anykind
true  case  of the plaintiff.

Signature *Wendell m. Turner*

Wendell matthew turner
1000 apple street
Winston-salem n.c.27101-5008

Case no.93-crs-1935-1939

A  true case  of the plaintiff in this action

---

the class action lawsuit is filed aginst the
Mocksville police dept,

Defendant 1

Mocksville police department
278 north main street
Mocksville n.c.27028

---

state   of north Carolina.defendant 2

State consel attorneys for the state of north
Carolina whom is a named  defendant in a class
action that upon both defenants

Claimed that,s filed is not no ficition of
evidence and no fasle statements all true case.

State of north Carolina   you and the Mocksville police has a class action commanded aginst you as to the state rules and g.s.

From :the named plaintiff of Wendell matthew
 Case no# 93-crs-1935-1939

State bar no#_____
_____
_____
_____
_____
_____
_____. And other information .
/p/_____
Date _____.

Case 1:20-cv-00963-NCT-JEP     Document 3     Filed 10/21/20     Page 37 of 39

Google | THE RULES AND GEN. STATEUS FOR A CRIMINAL MEDITION IN N.C. OURTS | Sign In

All    News    Shopping    Images    Videos    More        Settings    Tools

About 1.5 million results in 0.75 seconds

Showing results for THE RULES AND GEN. *STATUTES* FOR A CRIMINAL *MEDIATION* IN N.C. *COURTS*
Search instead for THE RULES AND GEN. STATEUS FOR A CRIMINAL MEDITION IN N.C. OURTS

Clerk Mediation Program | North Carolina Judicial Branch
https://www.nccourts.gov › Home › Programs › Clerk Mediation Program ▾
A mediation program for matters referred to mediation by clerks of superior court. ... Court Date
Notifications Criminal Background Check Language Interpreter ... The Rules Implementing Mediation In
Matters Before the Clerk of Superior Court ... pursuant to N.C. Gen. Stat. § 7A-38.3B. The effective date
of these Rules is April ...

Mediated Settlement Conference Program | North Carolina Judicial ...
https://www.nccourts.gov/programs/mediated-settlement-conference-program ▾
The Rules implementing Statewide Mediated Settlement Conferences in Superior Court Civil Actions
(MSC Rules) were first adopted by the Supreme Court in 1991, pursuant to N.C. Gen. Stat. ... The Rules
provide a framework for expediting settlement of superior court civil actions.
About · Program Eligibility · Forms

People also ask

Is mediation required in NC?                                            ⌄

What is criminal mediation?                                             ⌄

How much does mediation cost in North Carolina?                        ⌄

What is a mediated settlement conference?                              ⌄

Is court ordered mediation mandatory?                                  ⌃

The last two are considered **mandatory**, since the parties are required by law or court
order to attend the **mediation** meetings. However, the term "**mandatory**" can be
somewhat misleading. ... If the parties can't reach an understanding by the end of the
**mediation** process, they will then have to resort to the legal process. Jun 7, 2018

Mandatory Mediation in a Family Law Case | LegalMatch
https://www.legalmatch.com/law.../mandatory-mediation-in-a-family-law-case.html

Search for: Is court ordered mediation mandatory?

What are mediation techniques?

Can I refuse to attend mediation?                                      ⌄

What happens if one parent doesn't show up for mediation?              ⌄

Is custody mediation legally binding?                                  ⌄

                                                                    Feedback

[PDF] G.S. 7A-38.3D Page 1 § 7A-38.3D. Mediation in matters within the ...
https://www.ncleg.net/EnactedLegislation/Statutes/PDF/BySection/.../GS_7A-38.3D.pd... ▾
(a) Purpose. – The General Assembly finds that it is in the public interest to promote high standards for
persons who mediate matters in district criminal court. To that end, a ... The Supreme Court shall adopt
rules to implement this section. ... G.S. 7B-301 and Article 6 of Chapter 108A of the General Statutes,
respectively.

Case 1:20-cv-00963-NCT-JEP    Document 3    Filed 10/21/20    Page 38 of 39

Go-gle   THE RULES AND GEN. STATEUS FOR A CRIMINAL MEDITION IN N.C. OURTS  Q     Sign In

All  News  Shopping  Images  Videos  More    Settings  Tools

About 1.5 million results in 0.75 seconds

Showing results for THE RULES AND GEN. *STATUTES* FOR A CRIMINAL *MEDIATION* IN N.C. *COURTS*
Search instead for THE RULES AND GEN. STATEUS FOR A CRIMINAL MEDITION IN N.C. OURTS

### Clerk Mediation Program | North Carolina Judicial Branch
https://www.nccourts.gov › Home › Programs › Clerk Mediation Program ▾
A mediation program for matters referred to mediation by clerks of superior court. ... Court Date Notifications Criminal Background Check Language Interpreter ... The Rules Implementing Mediation in Matters Before the Clerk of Superior Court ... pursuant to N.C. Gen. Stat. § 7A-38.3B. The effective date of these Rules is April ...

### Mediated Settlement Conference Program | North Carolina Judicial ...
https://www.nccourts.gov/programs/mediated-settlement-conference-program ▾
The **Rules** Implementing Statewide Mediated Settlement Conferences in Superior Court Civil Actions (MSC Rules) were first adopted by the Supreme Court in 1991, pursuant to N.C. Gen. Stat. ... The Rules provide a framework for expediting settlement of superior court civil actions.
About · Program Eligibility · Forms

## People also ask

Is mediation required in NC?      ∨

What is criminal mediation?      ∧

Mediation in Criminal Cases. In any criminal proceeding, any party or the court may make a request for the parties to participate in **mediation** to resolve some or all of the issues presented in the case.

I.C.R. 18.1. Mediation in Criminal Cases | Supreme Court
https://isc.idaho.gov/icr18-1

Search for: What is criminal mediation?

How much does mediation cost in North Carolina?   ∨

What is a mediated settlement conference?     ∨

Is court ordered mediation mandatory?     ∨

What are mediation techniques?      ∨

Can I refuse to attend mediation?      ∨

What happens if one parent doesn't show up for mediation? ∨

Is custody mediation legally binding?     ∨

When mediation fails What next?      ∨

Do I have to go to mediation?      ∨

How does a mediation work?      ∨

*Feedback*

Case 1:20-cv-00963-NCT-JEP  Document 3  Filed 10/21/20  Page 39 of 39