IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WENDELL MATTHEW TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20CV963 |
| ) | |
| STATE OF NORTH CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 22, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Defendant filed objections [Doc. #15] within the time limit prescribed by § 636. The Court has reviewed Defendant's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #13], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant Mocksville Police Department's Motion to Dismiss [Doc. #8] is GRANTED, that all of Plaintiff's claims are DISMISSED without prejudice, and that this case is closed.

This the 13th day of October, 2021.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge