IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WENDELL MATTHEW TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV963 |
| | ) | |
| STATE OF NORTH CAROLINA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set out in an Order filed contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that Defendant Mocksville Police Department's Motion to Dismiss [Doc. #8] is GRANTED, that all of Plaintiff's claims are DISMISSED without prejudice, and that this case is closed.

This the 13th day of October, 2021.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge